## IN RE ADDIE MAY NESBITT

The petition by the respondent Addie May Nesbitt for certification for appeal from the Appellate Court, 124 Conn. App. 400 (AC 30221), is denied.

KATZ and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

*Rachel M. Baird*, in support of the petition.

Decided December 8, 2010

## WENDELL HASAN *v.* COMMISSIONER OF CORRECTION

The petitioner Wendell Hasan's petition for certification for appeal from the Appellate Court, 124 Conn. App. 906 (AC 30386), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Michael D. Day*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided December 8, 2010